# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br><br>A shed located 4 miles Southwest of Indian Wells Chapter House, Indian Wells, Arizona<br>GPS Coordinates: 35.375110, -110.153362 | Case No. 23-04246 MB |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona (identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before _____September 29, 2023_____.
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.
☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge.

Any United States Magistrate on duty in Arizona .
     *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*     ☐ for days *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   September 15, 2023 at 8:15 p.m.     _____
                                                                                                         *Judge's signature*

City and State:   Flagstaff, Arizona        Honorable Camille D. Bibles, U.S. Magistrate Judge
                                                                            *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 23-04246 MB | | |

Inventory Made in the Presence of:

Inventory of the property taken and name of any person(s) seized:

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:

                                                Executing officer's signature


                                                Printed name and title

## ATTACHMENT A

## PROPERTY TO BE SEARCHED

A shed located 4 miles Southwest of Indian Wells Chapter House, Indian Wells, Arizona. GPS Coordinates: 35.375110, -110.153362



# ATTACHMENT B

*Property to be seized*

1. Any an all firearms- and ammunition-related evidence, including but not limited to:
    a. Any ammunition;
    b. Any cartridge casings; and
    c. Any firearms.
2. Indicia of occupancy, including but not limited to:
    a. Mail (e.g., bills) that may be addressed to the occupant(s);
    b. Driver's licenses and/or identification cards;
    c. Personal property such as clothing that may identify the owners and/or occupants of the structure;
    d. And photographs of the owners and/or occupants at the structure.

FAX or Internet

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of:

A shed located 4 miles Southwest of Indian )
Wells Chapter House, Indian Wells, Arizona )
GPS Coordinates: 35.375110, -110.153362 )
)

Case No.   23-04246 MB

(Original To Be Filed With Court)

## ELECTRONIC APPLICATION FOR SEARCH AND SEIZURE WARRANT

I, F.B.I. Special Agent Jenifer J. Mulhollen, a federal law enforcement officer for the government, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

**See Attachment A.**

located in the District of Arizona, there is now concealed *(identify the person or describe the property to be seized):*

**See Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

[X] evidence of a crime;

[X] contraband, fruits of crime, or other items illegally possessed;

[X] property designed for use, intended for use, or used in committing a crime;

[ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 113(a)(3) and 1153 | Assault with a Dangerous Weapon |

The application is based upon the following facts:

[X] Continued on the attached sheet (see attached **Affidavit**).

[ ] Delayed notice _____ days (give exact ending date if more than 30 _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Ryan Powell
RYAN POWELL
2023.09.15
19:53:21 -07'00'

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/15/2023

_____
*Applicant's Signature*

Jenifer J. Mulhollen, F.B.I. Special Agent
*Printed Name and Title*

__X__ Sworn by Telephone

Date/Time: September 15, 2023 at 8:15 p.m.

Date: _____

_____
*Judge's Signature*

City and State:  Flagstaff, AZ

Camille D. Bibles,
United States Magistrate Judge
*Printed Name and Title*

## ATTACHMENT A

## PROPERTY TO BE SEARCHED

A shed located 4 miles Southwest of Indian Wells Chapter House, Indian Wells, Arizona. GPS Coordinates: 35.375110, -110.153362



# ATTACHMENT B

*Property to be seized*

1. Any an all firearms- and ammunition-related evidence, including but not limited to:
    a. Any ammunition;
    b. Any cartridge casings; and
    c. Any firearms.
2. Indicia of occupancy, including but not limited to:
    a. Mail (e.g., bills) that may be addressed to the occupant(s);
    b. Driver's licenses and/or identification cards;
    c. Personal property such as clothing that may identify the owners and/or occupants of the structure;
    d. And photographs of the owners and/or occupants at the structure.

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ELECTRONICALLY SUBMITTED AFFIDAVIT**

I, FBI Special Agent Jenifer J. Mulhollen, state under oath as follows:

1.  I have been employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI) since February 2013. As an SA of the FBI, I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7), that is, I am an officer of the United States who is authorized by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18. In the course of my official duties, I am charged with the investigation of crimes occurring on the Navajo Nation Indian Reservation (Navajo Nation) within the District of Arizona. Based on my training, education, and experience, I know that the Navajo Nation is a federally recognized tribe.

2.  The information contained in this affidavit comes from my personal observations, my training and experience, and information obtained from other agents, officers, and witnesses.

3.  Because this affidavit is being submitted for the limited purpose of establishing probable cause, your Affiant has not included every fact known to your Affiant concerning this investigation.

**INTRODUCTION**

4.  As more fully described below, this matter involves the investigation of the shooting of B.S., an enrolled member of Navajo Nation.

5.  This affidavit supports the application for a search warrant authorizing the search of a shed located on C.C.'s property, where the shooter, Tristan Cody, stores his belongings. It is believed more evidence of the crime will be found. There is probable cause to believe that evidence of assault with a dangerous weapon, in violation of Title 18, United States Code, §§ 1153 and

1

113(a)(3) will be found in the shed. The shed is particularly described in **Attachment A**, and the evidence being sought is particularly described in **Attachment B.**

## INVESTIGATION/PROBABLE CAUSE

6.    On September 15, 2023, your Affiant received a notification from FBI Task Force Officer (TFO) Donald Seimy who advised there was a shooting at B.S.'s residence, a single-story home located .5 miles south of mile post 64.5 on Indian Route 15 in Indian Wells, Arizona. The responding Navajo Nation Police Officer Smith informed TFO Seimy that B.S. was shot once in the right leg. B.S. is an enrolled member of the Navajo Nation. B.S. informed Officer Smith that he provided electricity to the Cody family residence, a hogan, via extension cords. B.S. recently disconnected the extension cords because the Cody family was not paying him for the power, and members of the Cody family were mad at him for disconnecting the power. B.S. was transported by Navajo Nation Police Officer Calamity to the clinic in Dilkon, Arizona for treatment. B.S. provided written and verbal consent to Officer Calamity to conduct a search of his residence for evidence related to the shooting.

7.    On September 15, 2023, SA Elizabeth Pratt and TFO Seimy conducted a search of B.S.'s residence and recovered numerous rounds of .22 caliber cartridge casings outside the residence.

8.    On September 15, 2023, SA Brandon Fitzpatrick interviewed B.S., who stated that Tristan Cody and Nathan LNU assaulted him outside his residence. Tristan used the "butt end" of a .22 caliber rifle to strike B.S. in his face. Nathan LNU used his fist to punch B.S. in his face. Tristan then shot B.S. in his right thigh. B.S. tried to grab the barrel of the .22 rifle to avoid being shot. After B.S. was shot, he ran inside his residence. Tristan then began shooting out B.S.'s windows. Tristan and Nathan then ran off.

9.     On September 15, 2023, your Affiant spoke with SA Elizabeth Pratt, who advised she arrived on scene, at the Cody family residence, a hogan, located 4 miles SW of the Indian Wells Chapter House. SA Pratt interviewed C.C.1, who stated she lives in the hogan with her father C.C., mother M.J., and C.C.1's two children. C.C.1 stated her brother, Tristan Cody, was at the hogan earlier in the day, but does not reside at the hogan. At the time of the interview, Tristan was not present. C.C.1 stated the shed on the property was mainly occupied by her brother, J.C., who was currently incarcerated. But Tristan utilized they shed for his belongings and sometimes slept in the shed. SA Pratt obtained verbal and written consent from C.C.1 to search the hogan. During the search, SA Pratt recovered a .22 caliber revolver from inside a small cabinet.

10.    Being that Tristan was not located and had access to the shed that was adjacent to the hogan, SA Pratt conducted a protective sweep of the shed. The door to the shed was unlocked, and SA Pratt visually cleared the shed and did not locate Tristan. SA Pratt observed a box of .22 caliber 40 grain ammunition on the table adjacent to the door.

### THINGS TO BE SEARCHED FOR AND SEIZED

11.    Based on the foregoing, your Affiant seeks permission to search the shed described in **Attachment A** for evidence pertaining to the shooting investigation of B.S. Based on your Affiant's training and experience, suspects often leave behind evidence from the commission of the offenses they commit inside their residences. Thus, your Affiant is seeking a warrant to search for evidence related to assault with a dangerous weapon, in violation of Title 18, United States Code, §§ 1153 and 113(a)(3), including any ammunition and firearms as further described in **Attachment B**.

12.    Your affiant also knows that indicia of ownership, occupancy, and/or use of a residence is important in a criminal case. Such information may help establish the location of a crime, potential and/or likely suspects, and potential and/or likely witnesses. Based on your

3

affiant's training and experience, indicia of ownership and occupancy includes such things as: mail (e.g., bills) that may be addressed to the occupant(s); driver's licenses and/or identification cards; personal property such as clothing that may identify the owners and/or occupants of the structure; and photographs of the owners and/or occupants at the structure.

## CONCLUSION

13. Based on the foregoing, I request that the Court issue the proposed search warrant because there is probable cause to support that violations of federal law have occurred as described above.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

_____     15 Sept 23
Jenifer Mulhollen                    Date
Special Agent, FBI

Sworn by Telephone

Date/Time: September 15, 2023 at 8:15 p.m.    _____
                                               Hon. Camille D. Bibles
                                               United States Magistrate Judge

4